Joseph M. Moran, et al., Appellants, v. Zoning Board of Appeals of City of Chicago, et al., Appellees.

Gen. No. 47,253.

First District, First Division.

March 3, 1958.

Released for publication May 6, 1958.

Kent G. Chetlain for certain plaintiffs-appellants; John C. Melaniphy, Corporation Counsel of City of Chicago, Irving Goodman and Smietanka & Garrigan (Sydney R. Drebin, Joan C. Miller, Assistant Corporation Counsel, and Irving Goodman, of counsel) for defendants-appellees. Opinion by JUSTICE McCORMICK. Not to be published in full.